**CALDARELLI HEJMANOWSKI & PAGE LLP**
William J. Caldarelli (SBN #149573)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Tel: (858) 720-8080
Fax: (858) 720-6680
wjc@chplawfirm.com

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone:  (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (*Pro Hac Vice* App. Pending)
33 Habitat Lane
Cortlandt Manor, NY  10567
Telephone:  (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone:  (858) 509-0808
Facsimile:  (619) 878-5784
emw@ewattslaw.com

Attorneys for Plaintiff Ameranth, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERANTH, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>HYATT HOTELS CORPORATION, HYATT CORPORATION, and HYATT INTERNATIONAL CORPORATION,<br><br>  Defendant. | Case No. 3:12-cv-1627 JLS NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HYATT HOTELS CORPORATION AND HYATT INTERNATIONAL CORPORATION, ONLY, UNDER FRCP § 41(a)(1)(A)** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

  **PLEASE TAKE NOTICE THAT** Plaintiff Ameranth, Inc., pursuant to Rule 41(a)(1)(A), hereby voluntarily dismisses this action without prejudice as to defendants Hyatt Hotels Corporation and Hyatt International Corporation, only, with each side bearing its own fees and costs.  The action shall continue against defendant Hyatt Corporation, which is not affected by this dismissal.

Respectfully submitted,

Dated: August 9, 2012     CALDARELLI HEJMANOWSKI & PAGE LLP

By: /s/ William J. Caldarelli
  William J. Caldarelli

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

**Attorneys for Plaintiff AMERANTH, INC.**

---

1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS HYATT HOTELS CORPORATION AND HYATT INTERNATIONAL CORPORATION, ONLY, UNDER FRCP § 41(a)(1)(A)**
**Case No. 3:12-cv-1627 JLS NLS**